**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Julio Francisco Galvan v. The State of Texas

Appellate case number:   01-13-00946-CR

Trial court case number:  1362831

Trial court:             248th District Court of Harris County

On August 5, 2014, appellee, The State of Texas, filed a "Motion to Seal Appellant's Brief," asserting that the brief of appellant, Julio Francisco Galven, discloses the names of a sexual assault victim under the age of 17 and her mother. *See* TEX. CODE CRIM. PROC. ANN. art. 57.02(h) (West Supp. 2014). We deny the motion.

However, we STRIKE Appellant's Brief, filed on April 29, 2014, and ORDER appellant to file a corrected brief that does not disclose the victim's name or other identifying information, including the name of her mother. *See* TEX. CODE CRIM. PROC. ANN. art. 57.02(h) (West Supp. 2014). Appellant's corrected brief is due to be filed with this Court within 14 days of the date of this order.

The striking of appellant's brief and the filing of appellant's corrected brief does not modify any deadlines in this appeal.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                    ☑  Acting individually

Date:  September 16, 2014